IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALLAN ELIAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT DOMINGUEZ, by and through his )<br>guardian and conservator, JACKIE HAMP, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>KERR-McGEE CHEMICAL )<br>CORPORATION, and KERR-McGEE )<br>CHEMICAL, L.L.C., )<br>)<br>Defendants. )<br>_____) | Case No. CV-05-511-E-BLW<br><br>**JUDGMENT** |

On March 7, 2006, the Court entered an Order dismissing this action with prejudice. Based thereon, IT IS HEREBY ORDERED AND ADJUDGED that

**JUDGMENT -1**

Plaintiff's cause of action is DISMISSED with prejudice.



DATED: **March 7, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT -2**